# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LBI MEDIA, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-12655 (CSS)<br><br>Jointly Administered |
| ANKURA TRUST COMPANY, LLC, solely in its capacity as First Lien Collateral Trustee, and HPS INVESTMENT PARTNERS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CASPIAN SELECT CREDIT MASTER FUND, LTD., CASPIAN SOLITUDE MASTER FUND, L.P., SUPER CASPIAN CAYMAN FUND LIMITED, CASPIAN HLSC1, LLC, CASPIAN SC HOLDINGS, L.P., CASPIAN FOCUSED OPPORTUNITIES FUND, L.P., MARINER LDC, BLACKSTONE DIVERSIFIED MULTI STRATEGY FUND, BLACKSTONE ALTERNATIVE MULTI-STRATEGY SUB FUND I.V., L.L.C., LATIGO ULTRA MASTER FUND, LTD., CROWN MANAGED ACCOUNTS SPC ACTING FOR AND ON BEHALF OF CROWN / LATIGO SEGREGATED PORTFOLIO, ARCHVIEW FUND, L.P., ARCHVIEW MASTER FUND, LTD., ARCHVIEW ERISA MASTER FUND, LTD., ARCHVIEW CREDIT OPPORTUNITIES FUND I, L.P., YORK CREDIT OPPORTUNITIES FUND, L.P., YORK | Adv. No. 19-50174 (CSS) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LBI Media, Inc. (8901); Liberman Broadcasting, Inc. (8078); LBI Media Holdings, Inc. (4918); LBI Media Intermediate Holdings, Inc. (9635); Empire Burbank Studios LLC (4443); Liberman Broadcasting of California LLC (1156); LBI Radio License LLC (8905); Liberman Broadcasting of Houston LLC (6005); Liberman Broadcasting of Houston License LLC (6277); Liberman Television of Houston LLC (2887); KZJL License LLC (2880); Liberman Television LLC (8919); KRCA Television LLC (4579); KRCA License LLC (8917); Liberman Television of Dallas LLC (6163); Liberman Television of Dallas License LLC (1566); Liberman Broadcasting of Dallas LLC (6468); and Liberman Broadcasting of Dallas License LLC (6537). The Debtors' mailing address is 1845 West Empire Avenue, Burbank, California 91504.

25100836.3

GLOBAL CREDIT MASTER INCOME
MASTER FUND, LTD., YORK CREDIT
OPPORTUNITIES INVESTMENTS MASTER
FUND, L.P., EXUMA CAPITAL, L.P., RIVA
RIDGE RECOVERY FUND LLC, KILDONIAN
CASTLE GLOBAL CREDIT OPPORTUNITY
MASTER FUND, LTD., and KILDONIAN
QUEBEC FUND, LTD.,

                Defendants.

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

The above-captioned plaintiffs hereby withdraw and request dismissal of the above-captioned adversary, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, pursuant to, and in accordance with, paragraph 15 of the *Order Confirming Third Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors* [Case No. 18-12655, Docket No. 839].

Dated: October 15, 2019
      Wilmington, Delaware

*/s/ Ian J. Bambrick*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Pauline K. Morgan (Bar No. 3650)
M. Blake Cleary (Bar No. 3614)
Ian J. Bambrick (Bar No. 5455)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

MOLOLAMKEN LLP
Steven F. Molo (admitted *pro hac vice*)
Justin M. Ellis (admitted *pro hac vice*)
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161
  smolo@mololamken.com

*Counsel for Plaintiffs Ankura Trust Company, LLC, in its capacity as First Lien Collateral Trustee, & HPS Investment Partners, LLC*

25100836.3

## CERTIFICATE OF SERVICE

      I, Ian J. Bambrick, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this Notice of Dismissal of Adversary Proceeding was made on October 15, 2019, in the manner indicated to:

| | |
|---|---|
| Jaime D. Sneider, Esq.<br>Boies Schiller Flexner LLP<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>***Via First Class Mail*** | Robin A. Henry, Esq.<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>***Via First Class Mail*** |

Robert J. Dehney, Esq.
Andrew R. Remming, Esq.
Paige N. Topper, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market St., 16th Floor
Wilmington, DE 19801
***Via Hand Delivery***

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:   October 15, 2019                                  */s/ Ian J. Bambrick*
                                                                       Ian J. Bambrick (No. 5455)

        YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Rodney Square
        1000 North King Street
        Wilmington, DE 19801